IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**LEEANN LUJAN,**

       **Plaintiff,**

v.                                           No. CIV-14-0416 PJK/LAM

**CORRECTIONAL HEALTHCARE COMPANIES,
INC., et al.,**

       **Defendants.**

## ORDER GRANTING MOTION TO WITHDRAW

       **THIS MATTER** is before the Court on Plaintiff's counsel's *Opposed Motion to Withdraw as Counsel for Plaintiff (Doc. 42)*, filed November 20, 2014. Plaintiff's counsel, the law firm of Paul Kennedy & Associates, P.C., state that counsel and Plaintiff are no longer able to communicate effectively, and that this breakdown in communication impedes counsel's ability to further represent Plaintiff. *Id.* at 1. Having reviewed the motion, record of this case, and relevant law, the Court finds that the motion is well-taken and should be **GRANTED**.

       The local rules of the United States District Court of the District of New Mexico impose requirements upon those attorneys wishing to withdraw an appearance. With regard to "contested" motions to withdraw, the local rules require that such motions must be filed and served on each party, including the client, and must give notice that objections must be filed and served within fourteen (14) days from the date of service of the motion to withdraw, and that failure to object constitutes consent to grant the motion. D.N.M. LR Civ. 83.8(b). The Court finds that the instant motion to withdraw complies with this rule. Because it has been fourteen (14) days since the motion to withdraw has been filed and served, the Court will grant the motion and will consider

Plaintiff as proceeding *pro se*. As such, the Court will mail this Order, and all documents that are filed in this case after the date of this Order, to Plaintiff's last known address as provided in Document 42 at page 2 (10405 Duke Ave. SW, Albuquerque, NM 87121). Additionally, the Court will order Plaintiff to file a notice with the Court providing a phone number at which she can be reached for hearings in this case. ***Plaintiff is reminded that she has a continuing duty to notify the Clerk, in writing, of any change in her mailing address and phone number.*** See D.N.M. LR Civ. 83.6.

**IT IS THEREFORE ORDERED** that Plaintiff's counsel's *Opposed Motion to Withdraw as Counsel for Plaintiff (Doc. 42)* is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall modify the docket to reflect that Plaintiff is proceeding *pro se* in this case and to add her address as set forth in [*Doc. 42*]. The Clerk of the Court shall also mail this Order to Plaintiff.

**IT IS FURTHER ORDERED** that Plaintiff shall **within ten (10) days of the entry of this Order** file a notice with the Court providing a phone number at which she can be reached for hearings in this case. Plaintiff is reminded that she has a continuing duty to notify the Clerk, in writing, of any change in her mailing address and phone number, and is required to follow Federal Rules of Civil Procedure and the Local Civil Rules for the United States District Court of New Mexico.

**IT IS SO ORDERED.**

                                                    *Lourdes A. Martínez*
                                                    **LOURDES A. MARTÍNEZ**
                                                    **UNITED STATES MAGISTRATE JUDGE**